```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20312
   SHAKEEL ALI
   DEBBIE ALI                                   CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-1864     SSN XXX-XX-0454


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/31/2007 and was confirmed 04/16/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 09/24/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 GMAC MORTGAGE              NOTICE ONLY     NOT FILED          .00           .00
 GMAC MORTGAGE              CURRENT MORTG        .00           .00           .00
 GMAC MORTGAGE              SECURED NOT I    1879.39           .00           .00
 WASHINGTON MUTUAL BANK     CURRENT MORTG        .00           .00           .00
 WASHINGTON MUTUAL BANK     MORTGAGE ARRE    1256.80           .00       1256.80
 SHAPIRO & FISHER           NOTICE ONLY     NOT FILED          .00           .00
 ARLINGTON RIDGE PATHOLOG   UNSECURED       NOT FILED          .00           .00
 CAPITAL ONE                UNSECURED        4130.60           .00           .00
 ROUNDUP FUNDING LLC        UNSECURED       11170.16           .00           .00
 DAILY HERALD               UNSECURED       NOT FILED          .00           .00
 FAMILY TREATMENT CENTER    UNSECURED       NOT FILED          .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        4819.06           .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        3736.19           .00           .00
 JEHANBEZ ALI               UNSECURED       29000.00           .00           .00
 CHASE BANK USA NA          UNSECURED        1092.50           .00           .00
 NORTHWEST COMMUNITY        UNSECURED       NOT FILED          .00           .00
 NORTHWESTERN HOSPITAL      UNSECURED       NOT FILED          .00           .00
 ECAST SETTLEMENT CORP      UNSECURED         570.42           .00           .00
 PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00           .00
 RESURGENT CAPITAL SERVIC   UNSECURED        2087.57           .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED        7438.45           .00           .00
 CAPITAL ONE                UNSECURED         767.28           .00           .00
 AURORA LOAN SERVICES INC   CURRENT MORTG        .00           .00           .00
 PAUL M BACH                DEBTOR ATTY     2,000.00                      2,000.00
 TOM VAUGHN                 TRUSTEE                                         283.20
 DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                   3,540.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20312 SHAKEEL ALI & DEBBIE ALI
```

```
PRIORITY                                                            .00
SECURED                                                        1,256.80
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,000.00
TRUSTEE COMPENSATION                                             283.20
DEBTOR REFUND                                                       .00
                                   ---------------    ---------------
TOTALS                                    3,540.00           3,540.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE